IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Marie Foster,

        Plaintiff,

  v.

State of Hawaii Department of Accounting and General Services; Hawaii state Archives; Julie A. Ugalde, Risk Management Officer,

        Defendants.

2:10-cv-02640-GEB-DAD

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

        Plaintiff's counsel, Ilija Cvetich, filed a Declaration Re: Order to Show Cause and Continuing Status Conference on February 28, 2011, in which he states, "plaintiff has agreed to dismiss her complaint because her complaint cannot proceed due to jurisdictional problems," and "plaintiff will be filing dismissal papers within thirty days." (ECF No. 8, ¶¶ 3-4.)

        Therefore, the Status (Pretrial Scheduling) Conference set for March 28, 2011, is continued to May 23, 2011, at 9:00 a.m., in the event this action is not dismissed. A further status report shall be filed no later than fourteen (14) days prior to Status Conference, in which the basis for jurisdiction is included.

Dated: March 23, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge