IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marie Foster,<br><br>        Plaintiff,<br><br>    v.<br><br>State of Hawaii Department of Accounting and General Services; Hawaii state Archives; Julie A. Ugalde, Risk Management Officer,<br><br>        Defendants. | 2:10-cv-02640-GEB-DAD<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER |

        An Order to Show Cause ("OSC") issued on February 22, 2011, directing Plaintiff to explain why sanctions should not be imposed against her and/or her counsel for failure to file a timely status report. (ECF No. 7.) Because of this failure, a previously scheduled status conference was continued to March 28, 2011, and Plaintiff was required to file a status report no later than fourteen (14) days prior to the rescheduled status conference. Id.

        Plaintiff's counsel filed a response to the OSC, in which he declared that the failure to file a status report "was related to the fact that plaintiff has agreed to dismiss her complaint because her complaint cannot proceed due to jurisdictional problems." (ECF No. 8, ¶ 3.) Plaintiff's counsel also stated in his response to the OSC that "plaintiff will be filing dismissal papers within thirty days." Id. at ¶ 4. Therefore, the status conference was continued again, until May 23,

1

2011, at 9:00 a.m., in the event the action was not dismissed. (ECF No. 9.) The Order Continuing Status (Pretrial Scheduling) Conference directed Plaintiff to file a status report no later than fourteen (14) days prior to the Status Conference, in which she was required to address the basis for jurisdiction. Id.

Plaintiff has not filed dismissal papers and did not file a status report, as required. Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on May 27, 2011, why sanctions should not be imposed against her and/or her counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or her counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held on June 13, 2011, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed no later than fourteen (14) days prior to the status conference, in which the basis for jurisdiction is included.

IT IS SO ORDERED.

Dated: May 18, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).